UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Melvin C. Paul, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action H-18-2129 |
| | § | |
| Lorie Davis, | § | |
| Respondent. | § | |

# Order of Adoption

On February 26, 2019, Magistrate Judge Peter Bray filed a memorandum and recommendation recommending that the court deny Melvin Paul's petition. (D.E. 16.) Petitioner filed an objection (D.E. 17), and Respondent filed a response. (D.E. 19.) The court denies Paul's objection and adopts the memorandum and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

Signed  03·28 , 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge